IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-3005-AP**

**ROYCHARLES A. DAVIS,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulated Motion for an Award of Attorney Fees (doc. #22), filed August 20, 2012, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant shall pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$7,000.00**.

Dated at Denver, Colorado, this 20th day of August, 2012.

                      BY THE COURT:

                      *S/John L. Kane*
                      JOHN L. KANE, SENIOR JUDGE
                      UNITED STATES DISTRICT COURT